IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTOPHER CARL ALBERTS                                              PLAINTIFF

v.                           Civil No. 3:19-cv-03084
                                     3:20-cv-03047

NURSE JODY WOODS,                                                    DEFENDANTS
Boone County Detention Center;
DR. ABSALOM TILLEY

## AMENDED ORDER OF DISMISSAL

This dismissal Order entered on February 24, 2023 (ECF No. 74), failed to contain the second case number of these two consolidated actions. On January 19, 2023, the parties reached a settlement during a settlement conference held before the undersigned. The parties have agreed that each party will bear its own costs, expenses, and attorney's fees. The parties are working to finalize the language of their settlement agreement.

The Court retains jurisdiction over any dispute as to the terms of the settlement agreement reached on January 19, 2023.

IT IS SO ORDERED this 2nd day of March 2023.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

1